TRINITY JAMES YOUNCE
247 JOE STOCKSTILL RD
CARRIERE, MS 39426

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

VALLEY HEALTH
220 CAMPUS BLVD
649, VA 22601

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

AVANT
640 LA SALLE ST
STE 535
CHICAGO, IL 60654

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

BRIGIT
838 AVENUE OF THE AM
NEW YORK, NY 10001-4194

NATERA
P.O. BOX 889023
LOS ANGELES, CA 90088

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

NETWORK SERVICES, INC
ATTN: BANKRUPTCY
PO BOX 1725
HATTIESBURG, MS 39403

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

REPUBLIC FINANCE
2170 W GAUSE BLVD
STE 151
SLIDELL, LA 70460

CLEO
4 HARDWICK ST
LONDON, ENGLAND
EC1R 4RB

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

TD AUTO FINANCE
ATTN: BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS, MI 48333

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232