# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51630 **Case Name:** Trinity James Younce

**Set:** 10/29/2026 09:00 am **Chapter:** 7 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2022 Chevrolet Equinox. . Filed by Creditor TD Bank, N.A. (Attachments: # 1 Exhibit Contract, Title, JDP # 2 Proposed Order) (Dkt. #11)

---

Minute Entry Re: (related document(s): [11] Motion for Relief From Stay filed by TD Bank, N.A.) A no response order has been submitted by Zweig. Hearing removed. Tickle for date: 11/05/2026. (mcc)