**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| IN RE:<br><br>TRINITY JAMES YOUNCE<br><br>Debtor. | CASE NO. 26-51630-KMS<br>CHAPTER 7 |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (#11)**

THIS MATTER came before the Court on the Motion for Relief from Automatic Stay (Dkt.#11) filed by TD Bank, N.A. ("TD Bank"), and after notice and opportunity for hearing, with neither the Debtor nor the Chapter 7 Trustee having filed an objection to TD Bank's Motion;

It is **ORDERED:**

1. The Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay provisions of 11 U.S.C. § 362 are terminated as to TD Bank, the 2022 Chevrolet Equinox, VIN: 3GNAXUEV8NL312239 ("Vehicle"), and the proceeds thereof, so that TD Bank may proceed with any and all other remedies available as to the Vehicle under state and/or federal law that are not inconsistent with Title 11 of the United States Code.

3. This Order is entered for the sole purpose of allowing TD Bank to obtain *in rem* relief against the Vehicle and that TD Bank shall not seek or obtain an *in personam* judgment against the Debtor.

**##END OF ORDER##**

Submitted by:

/s/Jacob Zweig ______________________
Jacob Zweig (MS Bar No. 104725)
Attorney for TD Bank
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726
jzweig@evanspetree.com