**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER §341 MEETING**
**11/10/2026**

IN RE: Younce, Trinity James

MARITAL STATUS: ___________

CASE NO. 26-51630

**APPEARANCES**

( ) DEBTOR 1
( ) Required picture I.D. produced
( ) MS DL ( ) Other______________
( ) Required SSN verification produced
( ) SSC ( ) Other________________
( ) Pay advices received

( ) DEBTOR 2 (Spouse in Joint Cases)
( ) Required picture I.D. produced
( ) MS DL ( ) Other______________
( ) Required SSN verification produced
( ) SSC ( ) Other________________
( ) Pay advices received

Tax Returns Received For _____________ (years); Tax Refund ________________________________
Most Recent Filing: Y / N; If No, Most Recent Filing ___________ (years)
Bank Statements: ( ) _____________, _____________, _____________, _____________, _____________
DSO: Y/N; If Y, Disclosed on Schedules? ______________; 1st DSO Letter Sent on _______________ (date)
Financial Documents Were ( ) Retained By Trustee or ( ) Returned To Debtor(s) or ( ) Forwarded To The UST.
( ) DEBTOR'S REPRESENTATIVE ___________________________________________________
(X) ATTORNEY FOR DEBTOR(S): PERRY LITTLEFIELD or substitute: ________________
( ) DEBTOR(S) APPEARED PRO SE
YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
YES ( ) NO ( ) If yes, has Debtor completed pro se form?
YES ( ) NO ( ) - Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329. _____
Credit Counseling Certificate ( ) Filed or ( ) Not Filed

**THE MEETING OF CREDITORS WAS:**

( ) HELD; or
(X) NOT HELD AND IS CONTINUED TO THE 8TH DAY OF DECEMBER, 2026, AT 11:00 O'CLOCK A.M.; or
( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _______________, 20_____, AT ___________ O'CLOCK ___.M.

**DEBTOR(S) REQUIRED TO:**

( ) AMEND Schedules and Statements within ten (10) days of 341(a) Meeting. ____________________________
( ) OTHER: ________________________________________________________________________________
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
______________________________________________________________________________________

**ADDITIONAL NOTES:**

The §341 meeting scheduled for November 10, 2026, was not held and is continued to December 8, 2026, at 11:00 a.m. at request of Debtor's counsel.

DATED: __11/10/2026__
Track # _____27_______

TRUSTEE ZACHARY S. WESSLER, SR.
*/s/ Zachary S. Wessler, Sr.*