United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51630-KMS
Trinity James Younce Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 12, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Trinity James Younce, 247 Joe Stockstill Rd, Carriere, MS 39426-8834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jacob C Zweig | on behalf of Creditor TD Bank N.A. jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com |
| Joseph Todd McDaniel | on behalf of Creditor Gulfco of Louisiana LLC d/b/a Tower Loan of Slidell jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Trinity James Younce trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com |

meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

TOTAL: 5

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| IN RE:<br>TRINITY JAMES YOUNCE<br><br>DEBTOR | CHAPTER 7<br>CASE NO. 26-51630 -KMS |

**AGREED ORDER EXTENDING DEADLINES FOR CASE TRUSTEE, AND U.S. TRUSTEE TO FILE §727 COMPLAINTS, MOTIONS FOR DISMISSAL FOR ABUSE, AND/OR OBJECTIONS TO CLAIMS OF EXEMPT PROPERTY**

On ore tenus motion of the debtor(s) and the trustee in the above styled cause to extend the deadlines for filing §727 complaints, a motion to dismiss for abuse, and/or objections to claims of exempt property by the case trustee or United States Trustee and the Court, having considered the same, finds for good cause shown that said ore tenus motion should be granted, therefore,

**IT IS ORDERED THAT**

**(1)** **The time for filing §727 complaints is hereby extended to sixty (60) days after the conclusion of the §341(a) meeting of creditors; and**

**(2)** **The time for filing a motion to dismiss for abuse is hereby extended to sixty (60) days after the conclusion of the §341(a) meeting of creditors; and**

**(3) The time for filing objections to debtors' claims of exemptions is hereby extended to thirty (30) days after the conclusion of the §341(a) meeting of creditors.**

**##END OF ORDER##**

APPROVED AND AGREED TO:

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr.
P. O. Box 13767
Jackson, MS 39236
T: 601-500-5533
Email: trollins@therollinsfirm.com
*Counsel for Debtor*

*/s/ Zachary S. Wessler, Sr.*
Zachary S. Wessler, Sr.
1806 23rd Avenue, Suite A
Gulfport, MS 39501
T: 228-896-8962
Email: chapter7trustee@wesslerlawgroup.com
*Ch. 7 Bankruptcy Trustee, SDMS*